**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Arthur Lee CAROTHERS a/k/a Ronnie Carothers, Petitioner.**

Supreme Court of Pennsylvania.

March 25, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is VACATED and the matter is REMANDED to the Superior Court for proceedings consistent with this Court's opinion in *Commonwealth v. Mouzon,* 812 A.2d 617 (Pa.2002) (Opinion Announcing Judgment of Court).

Justice EAKIN did not participate in the consideration or decision of this matter.